IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JAN 20 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA,  )
                           )
v.                         )  Criminal No. 1:09mj851
                           )
JOSE GUADALUPE RAMIREZ RIZO, )
                           )
     Defendant.            )
_____)

## ORDER SUBSTITUTING COUNSEL

The defendant, Jose Guadalupe Ramirez Rizo, having retained David J. Kiyonaga as new counsel, it is hereby

ORDERED that the appearance of David J. Kiyonaga is entered and Alfred L. Robertson, Jr. is granted leave to withdraw.

/s/ _____ 1/20/10
Leonie M. Brinkema
United States District Judge

_____
David J. Kiyonaga
VSB #15026
David J. Kiyonaga, PLLC
510 King Street, Suite 400
Alexandria, VA  22314
Phone: (703) 549-7576
Fax:   (703) 836-4285
Email: david.kiyonaga@verizon.net

*/s/ Alfred L. Robertson, Jr.*
Alfred L. Robertson, Jr.
11350 Random Hills Road. #800
Fairfax, VA 22030
(703) 934-6148
(703) 352-7104 fax

*/s/ Scott Nussbum*
Scott Nussbum
Assistant U S Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
(703) 299-3700
(7030 299-3982 fax

*/s/ Jose Guadalupe Ramirez Rizo*
Jose Guadalupe Ramirez Rizo