IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT

FEB 24

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:10CR50 |
| ) | |
| JOSE GUADALUPE RAMIREZ RIZO, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

In or about December 2009, the exact date being unknown, in the Eastern District of Virginia, the defendant, JOSE GUADALUPE RAMIREZ RIZO, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to unlawfully, knowingly, and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(All in violation of Title 21, United States Code, Section 846)

## COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about December 17, 2009, in the Eastern District of Virginia, the defendant, JOSE GUADALUPE RAMIREZ RIZO, did unlawfully and knowingly possess a firearm, to wit: one .22 caliber revolver, in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, specifically: conspiracy to distribute 500 grams or more of cocaine, a Schedule II controlled substance, as set forth and charged in Count One of this criminal information, respectively, which count is hereby re-alleged and fully incorporated herein by reference.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

Neil H. MacBride
United States Attorney

By: /s/ Scott B. Nussbum
Scott B. Nussbum
Special Assistant United States Attorney