Ramirez Jose GPL
2001 Mill Road
alexandria V.A
22314

