4cca-30      REV. 09/23/08        T R A N S M I T T A L   S H E E T
                                  (Notice of Appellate Action)

| | | |
|---|---|---|
| ✓ Notice of Filing<br>__ Cross Appeal<br>__ Interlocutory Appeal<br>__ Additional NOA<br>__ Amended NOA<br>__ Transmittal of Record<br>__ Transmittal of Certif.<br>__ Supplement to ROA<br>__ Supplemental Certif.<br>__ Other_____ | UNITED STATES DISTRICT COURT<br>for the<br>__Eastern__ DISTRICT OF __VA__<br><br>at __Alexandria__<br>Caption:<br><br>USA<br>-v-<br>Jose Guadalupe Ramirez Rizo | District Court No.:<br>__1:10cr50__<br><br>4CCA No.:_____<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket
entries, district court opinion and order, and magistrate judge's recommendation (if applicable)
are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: **5/19/10** | 4. Fees<br>_____ USA no fee required<br><br>$5 filing fee:      ___ paid    ___ unpaid<br><br>$450 docket fee:   ___ paid    ___ unpaid<br><br>Pauper status: ___ granted  ___ denied  ✓ pending in dist.ct.<br><br>Does PLRA Apply? __ Yes __ No   3-strikes? ___ Yes ___ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 2. Amended NOA filed: | |
| 3. District Judge:<br>Claude M. Hilton | 5. Materials Under Seal in District Court: ✓ Yes ___ No<br><br>Party Names Under Seal in District Court: ___ Yes ✓ No |
| 6. Court Reporter(s)(list all):<br><br>Tracy Westfall<br><br>Coordinator: Maria Hewitt | 7. Criminal/Prisoner Cases<br>___ recalcitrant witness    Defendant's Address:<br>___ on death row<br>✓ in custody            Alexandria Detention Center<br>___ on bond            2001 Mill Road<br>___ on probation        Alexandria, VA 22314 |

**Part II** TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD    ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ☐ **PRO SE**: Automatically transmit assembled electronic record to 4CCA in pro se cases. Does electronic record include all filings?<br>☐ YES  ☐ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br>_____<br>_____<br>_____ | ☐ **PRO SE**: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____<br>_____<br>_____<br>_____<br>_____ |
| ☐ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ✓ YES ___ NO<br>All transcript on file? ___ YES ✓ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ☐ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES ___ NO<br>All transcript on file? ___ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

(103)

Deputy Clerk: __Nora McKeough__  Phone: __299-2152__  Date: __05/20/10__